thirds of the cost of printing said record and the defendant is to pay one third of the printing cost. The temporary stay contained in the order to show cause dated March 8, 1961 is continued pending the hearing and determination of the said appeals on condition that the record on appeal and both the plaintiff-appellant's and defendant-appellant's points are served and filed on or before April 25, 1961 with notice of argument for the June 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARBARA SCOTT ROOSEVELT v. PHILIP JAMES ROOSEVELT. BARBARA SCOTT ROOSEVELT v. PHILIP JAMES ROOSEVELT.— Motion for consolidation and for other relief granted insofar as to permit the papers on both appeals to be printed in one appeal book, without duplication of printing, and to permit both appeals to be argued or submitted together on one set of appellant's and respondent's points. The printing in the record on appeal of the exhibits listed on Schedule A annexed to the moving papers is dispensed with on condition that the originals of said exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeals are noticed for argument. The record on appeal herein, together with the briefs in connection therewith, are ordered sealed and copies of the same are to be made available only to the parties and their counsel. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL GELLIN v. FRANCES GELLIN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 11, 1961, with notice of argument for May 23, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of ELSA W. TABRIZI v. TEMPORARY STATE HOUSING RENT COMMISSION et al.— Motion for a stay denied in view of the consent to a stay of any warrant of dispossess contained in the affidavit of Robert S. Fougner, sworn to March 10, 1961. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of the Arbitration between IRA STROUD and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 13, 1961, with notice of argument for April 25, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of CHEMICAL CORN EXCHANGE BANK, as Trustee under Agreement with MORRIS SCHINASI for Benefit of LAURETTE SCHINASI v. TAX COMMISSIONER OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961 with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ ROSE CHERNOFF v. SUNSHINE PACKING CORP. OF PENNSYLVANIA et al. — Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 13, 1961, with notice of argument for April 25, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.